## HOUSEHOLD GOODS & FURNITURE  (Garage Sale Value of Each Item)

**Living Room:**

| | |
|---|---|
| $ 700 | Sofa |
| $_____ | Love Seat |
| $_____ | Recliner |
| $_____ | Side Chair |
| $_____ | Rocking Chair |
| $ 10 | Coffee Table |
| $_____ | End Table |
| $_____ | End Table |
| $ 100 | Bookcase |
| $ 500 | TV |
| $ 100 | Desk |
| $ 20 | VCR/DVD Player |
| $ 20 | Stereo |
| $_____ | Stereo Cabinet |
| $_____ | Lamps |
| $ 500 | Computer |
| | Other: |
| $_____ | _____ |
| $_____ | _____ |

*1450*

**Kitchen/Dining Room:**

| | |
|---|---|
| $_____ | Stove |
| $_____ | Refrigerator |
| $_____ | Dishwasher |
| $_____ | Trash Compactor |
| $_____ | Microwave |
| $_____ | Table |
| $_____ | Chairs |
| $_____ | Dining Table |
| $_____ | Dining Chairs |
| $_____ | China Cabinet |
| $_____ | Buffet |
| $_____ | Small Appliances |
| $ 20 | Pots & Pans |
| $ 20 | Dishes & Glassware |
| $_____ | Flatware |
| $_____ | China |
| $_____ | Silver |
| | Other: |
| $_____ | _____ |

*40*

**Bedroom 1**

| | |
|---|---|
| $_____ | King-size Bed |
| $ 500 | Queen-size Bed |
| $_____ | Double Bed |
| $_____ | Single Bed |
| $_____ | Single Bed |
| $_____ | Twin Beds |
| $_____ | Crib |
| $_____ | Dresser |
| $ 100 | Chest of Drawers |
| $ 50 | Night Stand |
| $_____ | Clocks |
| $_____ | Cedar Chest |
| | Other: |
| $_____ | _____ |
| $_____ | _____ |

*250*

**Bedroom 2**

| |
|---|
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |

**Bedroom 3**

| |
|---|
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |
| $_____ |

**Bathroom:**

| | |
|---|---|
| $ 20 | Towels & Linens |
| | Other: |
| $_____ | _____ |

**Garage/Utility:**

| | |
|---|---|
| $_____ | Washer |
| $_____ | Dryer |
| $_____ | Freezer |
| $_____ | Misc. Hand Tools |
| $_____ | Misc. Garden Tools |
| $ 300 | Misc. Electric Tools |
| $_____ | Lawnmower |

*340*

**Misc. General Household Goods:**

| | |
|---|---|
| $ 200 | Camera |
| $_____ | Record Albums |
| $_____ | Cassettes |
| $ 50 | Video Tapes |
| $_____ | Radios |
| $_____ | Vacuums |
| $ 50 | Other: CD's |
| $ 50 | Other: DVD's |

*350*

*2830*