*100 73285*
*26.00*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
**AUG 16 2005**
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE:     WHITEHEAD, RICHARD LLOYD    *    CASE NO. 05-13712FM
                                                                                *
DEBTOR.                                                  *    CHAPTER 7

**ADDITION TO AND**
**VERIFICATION OF CREDITOR MATRIX**

DATE: 8-6-05

RICHARD LLOYD WHITEHEAD

Penalty for making a false statement or concealing property: Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 & 3571.

Zales Credit Plan
Processing Center
Des Moines, IA 50364-0001

Donna Whitehead
2310 Miramar Cove
Round rock, TX 78664

IN RE: Richard Lloyd Whitehead    CASE NO **05-13712FM**
(If Known)
CHAPTER 7

**FILED**
**AUG 16 2005**
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

## AMENDED
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> Donna Whitehead <br> 2310 Miramar Cove <br> Round Rock, TX 78664 | C | | DATE INCURRED: <br> CONSIDERATION: Notice Only <br> REMARKS: | | | | Notice Only |
| ACCT #: xxxxxxxxxxxx5813 <br> Home Depot <br> PO Box 6028 <br> The Lakes, NV 88901-6028 | | H | DATE INCURRED: <br> CONSIDERATION: Credit Card <br> REMARKS: | | | | $2,870.00 |
| ACCT #: xx0125 <br> Justice Federal Credit Union <br> 5175 Parkstone Drive <br> Suite 200 <br> Chantilly, VA 20151 | | H | DATE INCURRED: <br> CONSIDERATION: loan <br> REMARKS: | | | | $6,049.00 |
| ACCT #: xx0125 <br> Justice Federal Credit Union <br> 5175 Parkstone Drive <br> Suite 200 <br> Chantilly, VA 20151 | | H | DATE INCURRED: <br> CONSIDERATION: loan <br> REMARKS: | | | | $1,655.00 |
| ACCT #: xxx6912 <br> Lowes <br> PO Box 105982 Dept. 79 <br> Atlanta, GA 30353-5982 | | H | DATE INCURRED: <br> CONSIDERATION: Credit Card <br> REMARKS: | | | | $3,052.00 |
| ACCT #: xxxx-xxxx-xxxx-5534 <br> MBNA America <br> PO Box 15026 <br> Wilmington, DE 19850-5026 | | H | DATE INCURRED: <br> CONSIDERATION: Credit Card <br> REMARKS: | | | | $8,840.00 |
| ACCT #: <br> US Trustee <br> 903 San Jacinto, Suite 230 <br> Austin, TX 78701 | | H | DATE INCURRED: <br> CONSIDERATION: Notice Only <br> REMARKS: | | | | Notice Only |

Total for this Page (Subtotal) >   **$22,466.00**
Running Total >   **$74,574.00**

**AMENDED**
## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx7342<br>Zales<br>Processing Center<br>Des Moines, IA 50368-9025 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $3,592.28 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total for this Page (Subtotal) >   $3,592.28
Running Total >   $78,166.28

IN RE: RICHARD LLOYD WHITEHEAD, DEBTOR

CASE NO: 05-13712FM

### DECLARATION CONCERNING AMENDED SCHEDULE F UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing amended Schedule F consisting of 1 sheet(s), and that it is true and correct to the best of my knowledge, information, and belief.

DATE: 8·6·05           DEBTOR: _____
                                RICHARD LLOYD WHITEHEAD

Penalty for making a false statement or concealing property: Fine of up to $500,000.00 or imprisonment for up to 5 years or both. (18 U.S.C. §§152 &3571)

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing <u>Amended Schedule F</u> was mailed via first class mail to the following parties:

Randolph Osherow
342 W. Woodlawn, Suite 300
San Antonio, TX 78212

US Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

Zales Credit Plan
Processing Center
Des Moines, IA 50364-0001

Donna Whitehead
2310 Miramar Cove
Round Rock, TX 78664

DATED: 8-15-05

CHARLES R. NETTLES
1524 S. IH-35, SUITE 233
AUSTIN, TEXAS 78704
(512) 459-3212
TSB# 14927200